## LEANNA PUTMAN *v.* CHRISTOPHER KENNEDY

The defendant's petition for certification for appeal from the Appellate Court (AC 25220) is granted, limited to the following issue:

"Did the Appellate Court properly dismiss the defendant's appeal on the ground of mootness?"

The Supreme Court docket number is SC 17392.

*Susan M. Phillips*, in support of the petition.

Decided March 2, 2005

## JAMES STERBINSKY *v.* COMMISSIONER OF CORRECTION

The petitioner James Sterbinsky's petition for certification for appeal from the Appellate Court, 73 Conn. App. 590 (AC 22024), is denied.

*Todd A. Bussert*, special public defender, in support of the petition.

*Leon F. Dalbec, Jr.*, senior assistant state's attorney, in opposition.